BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
BLAKE HANNAH (Cal. Bar No. 312086)
Special Assistant United States Attorney
General Crimes Section
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0172
      Facsimile: (213) 894-2927
      E-mail:    Blake.Hannah@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-mj-03579-DUTY-1 |
| Plaintiff, | FIRST AMENDED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| OMAR PULIDO BASTIDA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Special Assistant United States Attorney Blake Hannah, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the Complaint against defendant Omar Pulido Bastida without prejudice.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a

1

dismissal of a criminal charge." United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the complaint without prejudice[1] against defendant pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: July 9, 2025                      Respectfully submitted,

                                         BILAL A. ESSAYLI
                                         United States Attorney

                                         CHRISTINA T. SHAY
                                         Assistant United States Attorney
                                         Chief, Criminal Division


                                         _____/s/_____
                                         BLAKE HANNAH
                                         Special Assistant United States
                                         Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

---

[1] Defense counsel does not oppose the motion to dismiss in general but does oppose dismissal without prejudice.  Defense counsel does not intend to file an opposition to this motion.