```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    BLAKE HANNAH (Cal. Bar No. 312086)
 4  Special Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0172
 7       Facsimile: (213) 894-2927
         E-mail:    Blake.Hannah@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03579-DUTY-1 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| OMAR PULIDO BASTIDA, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the complaint without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///
///
///

     Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant in the interest of justice.[1]

     IT IS SO ORDERED.

July 9, 2025
DATE

HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
BLAKE HANNAH
Special Assistant United States Attorney

---

1. This Order is without waiver of Defendant's rights under the Speedy Trial Act or any other defense should the United States seek to recommence this matter in the future.